UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT D. LEE, III,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>SPOKANE COUNTY, a municipality; and, in their individual capacities OZZIE KNEZOVICH; JOHN McGRATH; DANIEL VELOSKI; JOHN A. PROPP, IV; and MICHELLE ERDEM,<br><br>　　　　　　　　Defendants. | NO: 2:14-CV-0136-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT PROPP |

BEFORE THE COURT is the parties' Stipulated Motion for Leave to Dismiss Defendant Propp (ECF No. 18). Pursuant to the parties' stipulation, all claims against Defendant John A. Propp, IV are **DISMISSED** with prejudice and without costs or fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 1

**IT IS ORDERED**:

The parties' Stipulated Motion for Leave to Dismiss Defendant Propp (ECF No. 18) is **GRANTED**. All claims against Defendant John A. Propp, IV are **DISMISSED** with prejudice and without costs or fees to any party.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **TERMINATE Defendant John A. Propp, IV from the case**.

**DATED** June 19, 2015.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 2