UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT D. LEE, III,<br><br>                Plaintiff,<br><br>   v.<br><br>SPOKANE COUNTY, a municipality; and, in their individual capacities OZZIE KNEZOVICH; JOHN McGRATH; DANIEL VELOSKI; and MICHELLE ERDEM,<br><br>                Defendants. | NO: 2:14-CV-0136-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal With Prejudice and Without Costs (ECF No. 27). The parties have stipulated to the dismissal of this case with prejudice and without costs to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 1

**IT IS ORDERED**:

The parties' Stipulated Motion for Dismissal With Prejudice and Without Costs (ECF No. 27) is **GRANTED**.  The above entitled action and all causes therein are **DISMISSED** with prejudice and without costs to any party.

The District Court Executive is directed to enter this Order, provide copies to counsel, and close the file.

**DATED** December 23, 2015.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS ~ 2